**FILED**

AUG 1 8 2008  **NB**

Aug 18. 2008 IN THE UNITED STATES DISTRICT COURT
MICHAEL W. DOBBINS    NORTHERN DISTRICT OF ILLINOIS
CLERK, U.S. DISTRICT COURT    EASTERN DIVISION

| | | |
|---|---|---|
| NEAL O. CHAMBERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **08CV4693** |
| | ) | **JUDGE DER-YEGHIAYAN** |
| EXOTIC MOTORS, INC., | ) | **MAGISTRATE JUDGE NOLAN** |
| an Illinois Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT

Plaintiff NEAL O. CHAMBERS ("Chambers"), through his attorneys, RATHBUN,

CSERVENYAK & KOZOL, LLC, alleges the following against Defendant EXOTIC MOTORS,

INC., an Illinois Corporation (Exotic Motors):

1.     At all times relevant to this Complaint, plaintiff was a resident of Las Vegas,

Nevada.

2.     At all times relevant to this Complaint, defendant was an Illinois corporation with

its principal place of business in Palatine, Illinois.

3.     Jurisdiction is proper before this tribunal pursuant to 28 U.S.C. 1332, as the

parties reside in different states, and the amount in controversy exceeds $75,000.

4.     Defendant is in the business of selling vehicles to the public at large, and is a

supplier and warrantor as defined in the Magnuson-Moss Warranty Act, 15 U.S.C. 2301 *et seq.*

5.     Plaintiff is a consumer as defined in 15 U.S.C. 2302.

6.     On and prior to March 17, 2008, defendant advertised for sale on the online

auction site eBay a certain 2004 Land Rover Range Rover HSE vehicle to prospective

consumers, including plaintiff.

7.    In its advertisement, defendant described the vehicle as having no known mechanical problems, among other things.  A copy of defendant's advertisement is attached hereto and incorporated herein as Exhibit A.

8.    Plaintiff reasonably relied on the representations of defendant set forth in the advertisement, and offered defendant $33,600 to purchase the vehicle on March 17, 2008.

9.    Defendant accepted plaintiff's offer to purchase the vehicle on March 17, 2008.

10.    Plaintiff fulfilled all conditions precedent to purchasing the vehicle pursuant to the terms of the sale accompanying defendant's advertisement, including but not limited to payment to defendant of $33,600.

11.    On April 3, 2008, the vehicle was delivered to plaintiff's residence.

12.    Upon delivery of the vehicle, plaintiff discovered that the vehicle would not start, the headlights were inoperable, the telescoping steering wheel was non-functional, and the vehicle was otherwise mechanically defective.

13.    Plaintiff immediately notified defendant that the vehicle delivered was not as advertised and revoked his acceptance of the same.  Despite plaintiff's demand, defendant refuses to make the vehicle conform to the representations it made to plaintiff regarding the same.

**COUNT I**
**BREACH OF IMPLIED WARRANTY UNDER THE MAGNUSON-MOSS ACT**

1-13.    Plaintiff re-alleges paragraphs 1-13 above as and for paragraphs 1-13 of Count I.

14.    The vehicle is subject to the Magnuson-Moss Act because it is a tangible consumer product purchased for a family, personal or household use.

15.    Defendant is a supplier and warrantor as defined in 15 U.S.C. 2301(4)(5).

16.    The vehicle was subject to an implied warranty of merchantability pursuant to 810 ILCS 5/2-314 and as defined in 15 U.S.C. 2301(7).

17.    The failures and defects of the vehicle render it unmerchantable.

18.    As a result of defendant's breach, plaintiff is without the reasonable value of the vehicle, has lost use of the vehicle for extended periods of time, has incurred additional out-of-pocket expenses including attorneys' fees and costs, and is in possession of a defective vehicle that is substantially diminished in value.

WHEREFORE, Plaintiff NEAL O. CHAMBERS respectfully requests the Court enter judgment in his favor, including a refund of the purchase price of the vehicle, incidental and consequential damages including costs and attorneys' fees, and punitive damages in an amount in excess of $75,000, in addition to all other relief the Court deems proper.

## COUNT II
## VIOLATION OF THE ILLINOIS CONSUMER FRAUD AND DECEPTIVE BUSINESS PRACTICES ACT

1-18.    Plaintiff re-alleges paragraphs 1-18 above as and for paragraphs 1-18 of Count II.

19.    At all times relevant to this Complaint, there existed a legislative enactment in the State of Illinois known as the Illinois Consumer Fraud and Deceptive Business Practices Act, 815 ILCS 505/1 *et seq.*

20.    At all times relevant to this Complaint, defendants were engaged in trade or commerce as defined by the Illinois Consumer Fraud and Deceptive Business Practices Act.

21.    At the time defendant advertised the vehicle for sale to plaintiff, defendant knew or should have known that the vehicle had mechanical problems, despite its representation to plaintiff and others that the vehicle had no known mechanical problems.

22.   The misrepresentations made by defendant to plaintiff were made with the intent that plaintiff rely on the same.

23.   Defendant's conduct constitutes willful and intentional conduct and unfair and deceptive conduct pursuant to the Act, and warrants imposition of punitive damages to punish and deter future misconduct on the part of defendant.

WHEREFORE, Plaintiff NEAL O. CHAMBERS respectfully requests the Court enter judgment in his favor, including a refund of the purchase price of the vehicle, incidental and consequential damages including costs and attorneys' fees, treble and punitive damages in an amount in excess of $75,000, in addition to all other relief the Court deems proper.

## COUNT III
## COMMON LAW FRAUD

1-23.   Plaintiff re-alleges paragraphs 1-23 above as and for paragraphs 1-23 of Count III.

24.   The misrepresentations and failures to disclose as set forth above were made with the intent that plaintiff rely on them, and plaintiff did justifiably rely on them to his detriment.

WHEREFORE, Plaintiff NEAL O. CHAMBERS respectfully requests the Court enter judgment in his favor, including a refund of the purchase price of the vehicle, incidental and consequential damages including costs and attorneys' fees, and punitive damages in an amount in excess of $75,000, in addition to all other relief the Court deems proper.

## COUNT IV
## REVOCATION OF ACCEPTANCE AGAINST DEFENDANT
## PURSUANT TO 810 ILCS 5/2-608

1-24.   Plaintiff re-alleges paragraphs 1-24 above as and for paragraphs 1-24 of Count IV.

25.    At all times relevant to this Complaint, there existed a legislative enactment known as the Uniform Commercial Code, 810 ILCS 5/1-101 *et seq.*, which has been adopted by the Illinois legislature.

26.    Immediately upon discovery of the mechanical failures and deficiencies with the vehicle, plaintiff notified defendant of his revocation of acceptance of the vehicle pursuant to section 2-608 of the UCC.

27.    Defendant refused plaintiff's revocation of acceptance, and refused to provide plaintiff with the remedies to which he is entitled upon revocation, causing damage to plaintiff accordingly.

WHEREFORE, Plaintiff NEAL O. CHAMBERS respectfully requests the Court enter judgment in his favor, including a refund of the purchase price of the vehicle, incidental and consequential damages including costs and attorneys' fees, and punitive damages in an amount in excess of $75,000, in addition to all other relief the Court deems proper.

NEAL O. CHAMBERS, Defendant,

By: _____
One of His Attorneys

Robert M. Shupenus (Ill.Reg.No. 6238096)
RATHBUN, CSERVENYAK & KOZOL, LLC
Attorneys for Plaintiff
3260 Executive Drive
Joliet, Illinois 60431
Telephone: 815/730-1977






| Buy | Sell | My eBay | Research | Help |

eBay Home | Site Map

**Motors** | Sign out

All of eBay Motors | Advanced Search

Cars & Trucks | Parts & Accessories | Motorcycles | Powersports | Boats | Other Vehicles

Live Help

⊙ Back to My eBay    Listed in category: eBay Motors > Cars & Trucks > Land Rover > Range Rover

Item numt:

**2004 Land Rover Range Rover HSE AWD 4X4** | Research 2004 Land Rover
Land Rover : Range Rover

🖋 The deposit for this item has been paid through PayPal. Payment was sent to: sales@exotic-motors.com on Mar-17-08.

Find more items from the same seller. Bid or Buy Now!

BMW : M5 M5 5.0L V10 2006 BMW M5 BLK/BLK 1-OWNER NAVI PDC HTD SEATS SHADES!

| 2 bids: | US $46,100.00 |
| *Buy It Now* | US $54,900.00 |
| Time left: | 4h 56m |

Mercedes-Benz : CL-Class CL500 V8 2000 MERCEDES CL500 UPGRADED AMG EXHAUST BRABUS WHEELS!

| 16 bids: | US $21,500.00 |
| Time left: | 4h 58m |

Jaguar : XK8 CONVERTIBLE 2003 JAGUAR XK8 RED/TAN( 8K MILES ONLY! NAVI HTD SEATS!

| 13 bids: | US $24,900.00 |
| *Buy It Now* | US $31,900.00 |
| Time left: | 4h 58m |

BMW : 7-Series 760LI V12 2003 SIL/BLK REAR ENT PKG. PD LOADED

| 11 bids: | US $42,600.00 |
| *Buy It Now* | US $52,900.0 |
| Time left: | 5h 28m |

View more items from this seller

**Other actions for this item:**
You can manage all your items in My eBay and do the following:

- View Order Details
- View PayPal Transactions for this item.
- ✉ Contact Seller about this item.
- Report a problem with this transaction. You have 11 days left to file a dispute.

**Additional Options:**

- To view other items from this seller, view seller's other items.
- If this listing is similar to an item you want to sell, list an item like this.
- You may add this seller to your Favorite Sellers in My eBay.
- To report that this item hasn't been received, you can report the item as not received.

**Meet the seller**

Seller:    exotic-motors ( 1026 ★ ) 👑 Power Seller n
Feedback: 99.4% Positive
Member:   since Dec-10-02 in United States

- See detailed feedback
- Ask seller a question
- Add to Favorite Sellers
- View seller's other items

**Buy safely**

- Check the seller's feedback
- Review the vehicle history report
- Get tips and advice in the Buyer Checklist
- ✓ This vehicle is eligible for up to $50,000 in fre Purchase Protection



**SOLD**

View larger picture

| Sold for: | US $32,900.00 |
| | Auction ended early with Buy It Now. Get low monthly payments |
| Ended: | Mar-17-08 12:07:54 PDT |
| Shipping: | See item description for shipping details. |
| Sells to: | Worldwide |
| Item location: | BUY IT NOW! 866 330-3645 CHICAGO, ILLINOIS, United States |
| History: | 17 bids |
| Buyer: | vegascounsel1 ( 87 ★ ) |
| You can also: | Email to a friend |

Listing and payment details: Show

Seller's Description    History Report    Shipping    Financing    Buyer Checklist

🖨 Print Version

**2004 Land Rover Range Rover HSE AWD 4X4**

| Title: | 2004 RANGEROVER AWD BLK/TAN NAVI TV'S REAR ENT PKG.MINT |
| Mileage: | 37,900 miles |
| Location: | BUY IT NOW! 866 330-3645 CHICAGO, ILLINOIS |

PEBC&D 800-631-6989

**EXHIBIT**

A

**Vehicle Information**

| | |
|---|---|
| VIN: | SALME114X4A153956   |   Get the Vehicle History Report |
| Inspection: | Order an independent inspection |
| Warranty: | No |
| Vehicle title: | Clear |
| Condition: | Used |
| For sale by: | Dealer |

**Features**

| | | | | | |
|---|---|---|---|---|---|
| Body type: | SUV | Engine: | 4.4L V8 MPI DOHC 32V | Exterior color: | Black |
| Transmission: | Automatic | Fuel type: | Gasoline | Interior color: | Tan |

**Description**



### 2004 Land Rover Range Rover HSE SUV AWD

INTERNET SPECIAL
2004 LANDROVER RANGEROVER HSE BLK/TAN NAVI REAR ENT PKG

Request More Info



| VIN: SALME114X4A153956 | Condition: Pre-Owned Clear Title | Transmission: 5 Spd Automatic | Exterior Color: Black |
|---|---|---|---|
| Get A Free CARFAX Record Check | Mileage: 37,900 | Engine: 4.4L V8 MPI DOHC 32V | Interior Color: Tan |
| | Stock No: 153956 | Warranty: Warranty Available | |

| Photo Viewer | View Other Auctions | Email a Friend | More Photos & Detail | Place Bid |
|---|---|---|---|---|

Video



**Additional Photos**



Case 1:08-cv-04693 Document 1 Filed 09/18/2008 Page 9 of 40





















Case 1:08-cv-04693    Document 22-5    Filed 09/19/2008    Page 14 of 40



Case 1:08-cv-04693    Document 21    Filed 09/18/2008    Page 15 of 40







Case 1:08-cv-04693 Document 1 Filed 08/18/2008 Page 17 of 40





Case 1:08-cv-04693    Document 1    Filed 08/18/2008    Page 18 of 40







eBay Motors: Land Rover : Range Rover (item 120230750067 end time Mar-17-08 2...

Case 1:08-cv-04693    Document 1-3    Filed 08/18/2008    Page 21 of 49

Page 16 of 35





Case 1:08-cv-04693    Document 1    Filed 08/18/2008    Page 22 of 40











Case 1:08-cv-04693    Document 1    Filed 08/18/2008    Page 25 of 40



Case 1:08-cv-04693 Document 1-7 Filed 08/18/2008 Page 26 of 40











Case 1:08-cv-04693   Document 1   Filed 08/18/2008   Page 24 of 35











Case 1:08-cv-04693 Document 202307500067 Filed 03/18/2008 Page 32 of 40





Case 1:08-cv-04693     Document 1     Filed 08/18/2008     Page 33 of 40















## About Exotic Motors

Unlike most fine automobile websites that sell other wholesaler's automobiles and then get a commission, we at Exotic Motors carry our own inventory as we ourselves are a true wholesaler. In fact, we have been providing quality certified vehicles to car dealerships throughout North America for several years now. However as the internet grow in popularity we realized that this was a great opportunity to reach customers directly and pass the savings on to you. Hence, the birth of Exotic Motors.

Within a few years, Exotic Motors have quickly became a leader in the online automobile sales world thanks to the exceptional quality of our vehicles, our unbeatable prices, and our outstanding customer service.

Whether you've chosen the perfect automobile, or a special vehicle for the family, you can feel confident that with Exotic Motors, you are getting the best possible quality and service at the lowest possible price. And don't just take our word for it. See for yourself what our customers are saying about us.

**Quality:**

When you want the finest quality in used luxury and sport automobiles, only Exotic Motors will do. Exotic Motors carefully inspects and selects only the finest vehicles for our exclusive collection. Each vehicle is internally certified by our in house buying experts. Many of our vehicles are limited production vehicles, hard to find models, and exclusive signature vehicles of celebrities. Our extensive inventory includes the world's highest-quality signature vehicles, selected using our unique specifications for superior quality and value.

**Value:**

We find amazing cars at amazing prices and we pass that on to our loyal customers. We buy our luxury and sport vehicles directly from the source. By avoiding third-party markups and fees we can pass considerable savings along to our customers. Thus, our exquisite collection of cars are offered to you at the lowest possible prices. We also provide shipping services and exceptional customer service.

**Selection:**

From your imagination, to our car collection, directly to your door. Exotic Motors owns the largest collection of hard to find, signature series, limited run luxury sport vehicles available online. Our exclusive inventory includes a dazzling array of exotic sports cars, exotic luxury cars and exotic sport utility vehicles SUV. You're invited to select the perfect vehicle to complement your lifestyle. Or allow us to make recommendations based on your particular needs and preferences in a car. Because every vehicle belongs to our private collection, your selection is immediately available — directly from us, directly to you.

**Trust:**

You can trust Exotic Motors - The proof is in our performance. You can rely on Exotic Motors as your fine vehicle source. Our superb reputation reflects our quality, integrity and exceptional customer service. We have decades of luxury car sales experience, outstanding ratings, and glowing testimonials from our customers.

## Vehicle Overview

## 2004 LANDROVER RANGEROVER HSE AWD! BLACK ON TAN! NAVIGATION! TV'S IN HEAD

EXOTIC MOTORS IS PROUD TO PRESENT ANOTHER FINE LUXURY TRUCK FROM OUR INVENTORY OF HAND PICKED LUXURY VEHICLES. THIS GORGEOUS 2004 RANGE ROVER HSE BLACK ON TAN LEATHER IS ONE OF THE NICEST SUV'S EVER TO HIT THE MARKET.. AS YOU LOOK INSIDE THE CABIN OF THIS BRITISH BEAUTY, YOU WILL REALIZE IT CLEARLY REPRESENTS A NEW LEVEL OF SOPHISTICATION FOR PREMIUM SPORT UTILITIES. EQUIPPED WITH A TAN LEATHER INTERIOR ACCENTED. THIS TRUCK IS DEFINITELY ONE TO CHERISH. SITTING ON 19-INCH ALLOY WHEELS, THIS ELEGANT BLACK HSE IS NOTHING SHORT OF A PREMIUM HIGH STATUS VEHICLE. FROM THE MAKERS OF THE WORLDS FINEST AND MOST RUGGED RANGE ROVER VEHICLES, RANGE ROVER TEAMED UP WITH BMW TO SHARE BOTH OF THEIR TALENTS IN PUTTING TOGETHER THIS HIGH-CLASS TRUCK. THIS HSE IS FULLY LOADED WITH THE NAVIGATION, REAR ENTERTAINMENT W/TV'S IN THE HEADREST, FRONT AND REAR PARKTRONIC AID, FRONT & REAR HEATED SEATS, MULTI-FUNCTION STEERING WHEEL CONTROLS, TRIP COMPUTER, HI-INTENSITY DISCHARGE XENON HEADLIGHTS, DRIVER 3 MEMORY POSITION SEATS, DYNAMIC STABILITY CONTROL (DSC), 1 TOUCH POWER WINDOWS, 1 TOUCH POWER MOON ROOF, DUAL CLIMATE CONTROL, FOG LIGHTS, AM/FM, 6-DISC CD PLAYER, AND PRETTY MUCH EVERY LUXURY FEATURE YOU CAN GET FROM RANGE ROVER. THIS SEXY BLACK RANGE ROVER GIVES YOU ULTIMATE LUXURY AND OFF-ROAD CAPABILITY ANYTIME YOU NEED IT.

WE AT EXOTIC MOTORS STRIVE TO MAKE SURE THE CONDITION OF THIS VEHICLE WILL EXCEED YOUR EXPECTATIONS. IN TURN ALL OF OUR VEHICLES ARE HAND-SELECTED & METICULOUSLY DETAILED FROM TOP TO BOTTOM, RESULTING IN AN EXCEPTIONALLY CLEAN CAR THAT IS NEAR PERFECT AT A PRICE THAT IS UNBEATABLE! OUR ENTIRE INVENTORY OF FINE-AUTOMOBILES ARE CONSISTENTLY THE CLEANEST ONES AROUND AND WE DON'T BELIEVE IN CHARGING A PREMIUM FOR THAT SERVICE. PLEASE REMEMBER THIS IS NOT A BRAND NEW VEHICLE OFF THE SHOWROOM FLOOR, IF YOU ARE PURCHASING A PRE-OWNED VEHICLE THIS MEANS THE VEHICLE HAS BEEN DRIVEN PREVIOUSLY, SO THEREFORE WITH RESPECT TO THE MILES THERE WILL MOST LIKELY BE AVERAGE WEAR AND TEAR. ALL DESCRIPTIONS, OPTIONS, SPECIFICATIONS ARE BELIEVED TO BE CORRECT BUT FROM TIME TO TIME THERE MAY BE A MISTAKE IN THE ADVERTISEMENT. IF YOU HAVE ABSOLUTELY ANY QUESTIONS OR CONCERNS ABOUT THE CONDITION OF A VEHICLE OR OPTIONS OF THE VEHICLE WE INVITE YOU TO CONTACT US. OUR CUSTOMERS ONLY DESERVE THE VERY HIGHEST LEVEL OF QUALITY AND ASSURANCE!!

IF WE RECEIVE OUR VEHICLES WITH EXTRA SETS OF KEYS, ORIGINAL BOOKS & MANUALS, SERVICE RECORDS, IT WILL BE NOTED IN THE DESCRIPTION OF THE VEHICLE AND WILL ALSO BE SHOWN IN THE PICTURES.

### **2004 RANGE ROVER!! BLACK ON TAN!!**

**NAVIGATION!! PARKING SENSORS!! 6-DISC CD-CHANGER!!**

### **XENONS!! TV'S IN HEADREST!! REAR ENT. PKG!!**

**HARMAN KARDON SOUND!! I-TOUCH MOON ROOF!! FULLY LOADED!!**

### **FRONT & REAR HEATED SEATS!! MEMORY SEATS**

**OVER 50 MILLION DOLLAR CARS SOLD W/OVER 99% FEEDBACK POWER SELLER!!**

### **BUY FROM AN RANGE ROVER EXPERT!!**

**HOME OF THE EXOTIC AND RARE CARS "EXOTIC MOTORS"!**

### **BEST PRICE ON EBAY GUARANTEED!!**

**HAVE A PROTECTIVE CLEAR BRA APPLIED TO YOUR VEHICLE FOR ONLY $595!!**

### **FREE CUSTOMER AIRPORT PICK-UPS!!**

### **CALL SALES @ 847-221-5000**

IF YOU HAVE ANY QUESTIONS ABOUT THIS OR ANY OF OUR OTHER AUCTIONS FEEL FREE TO VISIT OUR WEBSITE www.EXOTIC-MOTORS.com CONTACT US VIA E-MAIL AT SALES@EXOTIC-MOTORS.COM. THANK YOU FOR YOUR INTEREST AND WE LOOK FORWARD TO HEAR FROM YOU.

Contact RICK OR SALEEM for more information.
Toll-Free: 866-330-3645
Phone: 847-221-5000
Fax: 847-221-5055
Request More Info

**Quick Links**

Warranty Info

Financing Info

Shipping Info

Terms of Sale

### Vehicle Condition

**Service History**

37,900 Miles
Non-Smoker
Have Original Manuals
Have All Keys
No Known Mechanical Problems

**Warranty**

As-Is - Extended Warranty Available.
Contact seller for details.

**Condition Report**

Excellent Interior
Excellent Carpets
Excellent Seats
Excellent Dashboard
Excellent Panels / Headliner
Excellent Exterior
Excellent Paint
Excellent Trim Condition
Excellent Glass Condition
No Visible Dents
No Visible Rust
Fully Detailed

**Tires & Wheels**

Michelin Tires
Tire Size: 255/55/R19
Wheels
19" Alloy Wheels
Spare
Excellent Condition

VEHICLE HISTORY REPORT

Get A Free
CARFAX Record Check



CARCHEX

INSPECT THIS CAR
BEFORE YOU BUY

## Features & Options

**Ext / Int Color**

Black with Tan Leather Interior

**Luxury Features**

Air Conditioning
Climate Control System
Rear A/C
Dual Zone Electronic Climate Control System
Telescoping Steering Wheel
Homelink System
Steering Wheel Radio Controls
Digital Information Center
Cruise Control
Moonroof
Sunroof
Tilt Steering Wheel
Clock
Tachometer
Heated Seat
Tinted Windows

**Power Equipment**

Power Steering
Power Windows
Power Locks
Power Mirrors
Power Driver's Seat
Power Passenger Seat
Memory Seat Position

**Safety Features**

Security System
Keyless Entry
Anti-Lock Brakes
Traction Control System
Driver's Air Bag
Passenger Air Bag
Side Air Bags
Fog Lights
Intermittent Wipers
Dynamic Stability Control
All Wheel Drive
Rear Defogger

**Interior**

Wood Trim
Leather Steering Wheel
Leather Gear Shifter

**Audio / Video**

Harman Kardon System
AM/FM
CD Player
CD Changer
Aux. Audio Input
DVD Player
Navigation System
Separate Tweeters
Subwoofer
Surround Sound
Touch Screen
Video System

**Additional Features**

12v Power Outlet
Adaptive headlights
All Weather Floor Mats
Center Arm Rest
Center Console
Child Proof Door Locks
Cup Holders
Heated Mirrors
Heated Steering Wheel
Hydraulic Lift
Parking Sensors
Rear Fog Lamps
Rear Heated Seats
Rear-Side Airbags
Side Curtain Airbags
Tow Hooks
Vanity Mirrors
Xenon


CHECK BLUE BOOK VALUE


PowerSeller


eBay Motors Feedback


WE ACCEPT PAYPAL FOR ONLINE DEPOSIT

Guarantee



Insurance


ONLINE INSURANCE QUOTE


We Recommend Expedia.com for all of your Travel Arrangements.

## Financing Information



Get Pre-Approved Auto Financing for this Vehicle

- Low auto loan rates for dealer and private party purchases
- Free online application
- Loan response in minutes
- Lock in today's rate for 45 days

To get started, Apply Now or click on the Capital One Auto Finance logo to the left.

Contact us today at 847-221-5000 for more information, or fill out our Online Credit Application to begin the pre-approval process today.

## Warranty Information

## Shipping Information



PLEASE CALL EXOTIC MOTORS FOR SHIPPING AND WE WILL SHOP FOR THE BEST RATE AND TIMELY SHIPMENT. 847.221.5000

Exotic Motors
Palatine, IL

Google

Contact RICK OR SALEEM

Toll-Free: 888-330-3545
Phone:    847-221-5000
Fax:      847-221-5055

## Terms of Sale Overview

We reserve the right to end this listing at anytime should the vehicle no longer be available for sale. The following terms of sale apply to all of our auctions.

**Payment Terms:**  The successful high bidder will submit a $500.00 non-refundable deposit within 24 Hours of the close of the auction to secure the vehicle. Buyer agrees to pay remaining balance due (plus applicable fees and taxes) within 7 days of the close of the auction. All financial transactions must be completed before delivery of the vehicle.

**Payment Methods:**  Cash (in person), certified check, bank transfers, or 3rd-party financing.

**Fees and Taxes:**  All sales are subject to a $150.00 processing fee. Exotic Motors, MUST collect Sales tax(for Illinois residents and residents of tax reciprocal states with the state of Illinois) Please call or email to see if your state is reciprocal with Il. Out of state buyers are responsible for all state, county, city taxes and fees, as well as title/registration fees in the state that the vehicle will be registered. Out of state buyers are responsible for all state, county, city taxes and fees, as well as title/registration fees in the state that the vehicle will be registered.

Please read our Detailed Terms of Sale before placing your bid.

Copyright © 2001-2008 eBizAutos. All Rights Reserved.

Automotive Inventory Marketing by eBizAutos





## Shipping, payment details, and return policy

**Pickup & Shipping**
See item description for shipping details.

**Seller's payment Instructions**
See Item Description for details.

**Deposit via PayPal**
US $500.00 within 24 hours of auction close. (Immediate deposit required for Buy It Now)
This seller, exotic-motors, prefers PayPal.

**PayPal**

**Payment methods accepted**
- Cashier's Check (certified from US or Canadian bank) or money order
- Loan check
- Cash (in person)
- Other - See Seller's payment instructions for payment methods accepted

**Full payment**
Required within 7 days of auction close.

**Marketplace Safety Tip**

**eBay Motors - Safe Buying Tips for Vehicles**

1. NEVER pay for a vehicle by instant cash transfer, such as Western Union or Moneygram.

2. ALWAYS use My Messages to confirm an email asking for account information is from eBay.

3. GET a Vehicle History Report before purchasing a used car (1981 or later).

Be Safe - Get all the tips!

## eBay recommended services

- History Report - get a vehicle history report and protect yourself from hidden problems
- Shipping - get free shipping quotes and information on options to pick up this vehicle
- Financing - learn about lending choices

• Buyer Checklist - review steps to take to make a safe, successful purchase

**What else can you do?**

◎ Back to My eBay  |  Report this item  |  Printer Version  |  Sell one like this

Seller assumes all responsibility for listing this item.

About eBay | Community | Security Center | eBay Toolbar | Buyer Services | Policies | Government Relations | Site Map | Help

© 1995-2008 eBay Inc. All Rights Reserved. eBay and the eBay logo are among the registered trademarks of eBay Inc. Kelley Blue Book® and Blue Book® are registered trademarks of Kelley Blue Book Co., Inc. Other trademarks and brands are the property of their respective owners. Some automotive images © eVox Productions LLC. all rights reserved. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy